IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                         Case No 4:22-cr-40007-001

SIDNEY JAMES HUNT                                                                     DEFENDANT

## ORDER

Before the Court is the Motion to Modify Conditions of Pretrial Release filed herein by the Defendant SIDNEY JAMES HUNT.  ECF No. 70.  The Government has responded and objects to the requested modification.  ECF. No. 74. Motion.  Also before the Court is Defendant's Motion to Withdraw Motion for Leave to File Under Seal.  ECF No. 69.  These Motions were referred to the undersigned for decision.  The Court finds as follows:

On March 13, 2022, the Court issued an Order setting Defendant's Conditions of Release.  ECF No. 57.  As part of this Order, Defendant's travel was limited to the Western District of Arkansas and Middle District of Florida.  With his instant Motion to Modify the Defendant seeks to modify his travel restriction to allow him to travel to Miami and Kissimmee Florida, both of which are in the Southern District of Florida.  On August 14, 2023, the Court conducted an in chambers conference with counsel for Defendant and the Government.  Additionally, the Court has communicated with the United States Probation Office (USPO) regarding Defendant's requested modification.  The Defendant has provided the USPO with proposed places of business in the Southern District of Florida.  The USPO reports Defendant has been compliant with the conditions of his pretrial release.  Upon consideration of the information provided to the Court, the Court finds the requested modification should be granted.

1

**IT IS THEREFORE ORDERED** that the Defendant's Motion to Modify Conditions of Pretrial Release (ECF No. 70) is **GRANTED**. Defendant's conditions of pretrial release are modified to include the following:

> **(f) Defendant's travel is restricted to the Western District of Arkansas and the Middle District of Florida. Defendant may travel to the Southern District of Florida for the purpose of employment. Defendant may not travel to the Southern District of Florida overnight, without first obtaining the express approval of the USPO.**
>
> **Defendant must provide the USPO with confirmation of his place(s) of business within the Southern District of Florida within 30 days of the entry of this Order.**
>
> **Defendant may travel to the Eastern District of Arkansas to meet with counsel.**
>
> **This modification does not allow Defendant to change residences without prior approval of the USPO. Further, Defendant remains subject to the Third-Party Custody of Cathy Burton.**

All other conditions of release not modified herein shall remain in full force and effect.

Defendant's Motion to Withdraw Motion for Leave to File Under Seal (ECF No. 69) is **DENIED** as moot.[1]

**SO ORDERED** this **29th day of August 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[1] The Court notes Defendant's Motion to File Under Seal (ECF No. 65) which is the subject of the instant Motion to Withdraw was granted by United States District Judge Susan O. Hickey on July 27, 2023 (ECF No. 66).